UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

JOHN NICHOLS,

Plaintiff,

- vs -

C.R. BARD INCORPORATED and
BARD PERIPHERAL VASCULAR INCORPORATED,

Defendants.

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 MAY 21  AM 11: 43

CLERK
BY ___lAw___
DEPUTY CLERK

Case No.
2:19-CV-00097-CR

## ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Having considered the Joint Stipulation of Dismissal without Prejudice of the Plaintiff, John Nichols, and Defendants C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claim of the Plaintiff, John Nichols is dismissed without prejudice as to all claims against all Defendants, and the parties are to bear their own costs.

Dated this __21st__ day of __May__, 2021.

_____
Hon. Christina Reiss
U.S District Judge